UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action No. 1:17-cv-20437-KMM

ANDRES GOMEZ,

    Plaintiff,

v.

PRADA USA, CORP. and PRADA S.p.A.,
d/b/a www.miumiu.com

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Andres Gomez, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

Respectfully submitted on this 1st day of March, 2017.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this this 1st day of March, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Joshua A. Stein, Esq.
Epstein Becker Green
250 Park Avenue
New York, New York 10177
E-mail: JStein@ebglaw.com

*s/ Scott R. Dinin*