UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ANDRES GOMEZ, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:17-CV-20437-KMM |
| | ) |
| vs. | ) **STIPULATION OF** |
| | ) **DISMISSAL WITH PREJUDICE** |
| PRADA USA CORP. and | ) |
| PRADA S.p.A., | ) |
| d/b/a www.miumiu.com, | ) |
| | ) |
| Defendants. | ) |

Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: March 21st, 2017

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Arnie Gellman* |
| Scott R. Dinin, Esq. | Arnie Gellman, Esq. |
| **SCOTT R. DININ, P.A.** | **EPSTEIN, BECKER & GREEN, P.C.** |
| 4200 NW 7th Avenue | 4090 Laguna Street, 2nd Fl. |
| Miami, Florida 33127 | Coral Gables, FL 33146 |
| Tel: (212) 571-0805 | Tel: (305) 774-1700 |
| E-mail: inbox@dininlaw.com | E-mail: agellman@ebglaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |